

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00469-CV

**IN RE** Howard Kerry **GARNER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice, Dissenting
             Luz Elena D. Chapa, Justice

On July 27, 2016, relator Howard Kerry Garner filed a petition for writ of mandamus and a motion for temporary relief seeking to stay the trial court proceedings in the underlying suit pending a ruling on the mandamus petition. Real Parties in Interest filed a response, and Relator filed a reply. The court has considered the petition for writ of mandamus, the response and the reply, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion and the dissenting opinion will issue at a later date.

It is so **ORDERED** on July 29, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13-03-11919-DCVAJA, styled *Mike Weeks, Linda Weeks, and Weeks Environmental, LLC v. Howard Kerry Garner*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.